```
           IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF GEORGIA
                   BRUNSWICK DIVISION

AUTRY MILTON,              *
                           *
    Plaintiff,             *
                           *
v.                         *    CIVIL ACTION NUMBER:
                           *    CV210-0119
LTD FINANCIAL SERVICES,    *
                           *
    Defendant.             *
```

PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Plaintiff, who files this his Amended Complaint against the Defendant, by adding the following counts and paragraphs, as follows, to-wit:

COUNT II

THE PLAINTIFF'S CLAIMS UNDER THE FAIR CREDIT REPORTING ACT

8. The Plaintiff shows that the Defendant has violated the Plaintiff's rights under the Fair Credit Reporting Act.

9. The Plaintiff shows that the Defendant violated the Fair Credit Reporting Act by obtaining Experian and Transunion credit reports on the Plaintiff prior to the time the Defendant contends it was hired to collect a Citibank Account.

10. The Plaintiff shows that he has suffered actual damages as well as general damages as a result of the Defendant's violation of the Fair Credit Reporting Act, including attorney's fees and that inability to get credit.

11. The Plaintiff shows that as a result of the

actions of Defendant LTD FINANCIAL SERVICES, the Plaintiff has experienced great stress and worry, based upon said actions.

## COUNT III

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

12. The Plaintiff shows that the Defendant violated the Fair Debt Collection Practices Act by sending a notification that the Defendant would obtain validation or verification of an alleged indebtedness owed to Citibank, when the Defendant had no intention of obtaining such validation.

13. The Defendant also violated the Fair Debt Collection Practices Act by stating that the Plaintiff owed a Citibank account in excess of the amount that the Defendant knew the account balance to be, which is a violation of the Fair Debt Collection Practices Act, and said false statement was intended to mislead or deceive the Plaintiff.

## COUNT IV

### VIOLATION OF THE PLAINTIFF'S RIGHTS OF PRIVACY

14. The Plaintiff shows that the Defendant has violated the Plaintiffs rights under Georgia Law by violating his rights of privacy by obtaining his credit reports without legal authority, and also by filing a document in this Court revealing the identifying information about the Plaintiff, in violation of the Rules of this Court.

WHEREFORE, the Plaintiff prays:

A. That the Plaintiff have judgment against the Defendant for his actual damages in an amount of not less than $100,000.00; punitive damages in an amount of not less than $1,000,000.00; reasonable attorney's fees in an amount of not less than $100,000.00, together with the costs of this action.

B. For a permanent injunction against the Defendant ordering the Defendant not to engage in similar conduct in the future.

C. That the Plaintiff have a trial by jury in the event that the Court does not grant Summary Judgment in favor of the Plaintiff.


s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
(912) 265-1966
E-Mail:WDAdams@WDALaw.biz

```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF GEORGIA
                    BRUNSWICK DIVISION

AUTRY MILTON,                 *
                              *
    Plaintiff,                *
                              *
v.                            *    CIVIL ACTION NUMBER:
                              *    CV210-0119
LTD FINANCIAL SERVICES,       *
                              *
    Defendant.                *
```

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 10th day of September, 2010.


                          By: s/W. Douglas Adams
                              Georgia Bar Number: 004650
                              Attorney for Plaintiff
                              Post Office Box 857
                              Brunswick, Georgia  31521-0857
                              (912) 265-1966
                       Email: WDAdams@WDALaw.biz