IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| AUTRY MILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ANSWER TO AMENDED COMPLAINT

COMES NOW, LTD Financial Services, LP, misidentified in the Amended Complaint as only "LTD Financial Services," Defendant in the above-referenced action, and files this Answer in response to the Plaintiff's Amended Complaint as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

Any act or omission by Defendant, if determined to be in violation of the Fair Debt Collection Practices Act ("FDCPA"), was not intentional and was the result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.  Accordingly, Defendant would have no liability pursuant to 15 U.S.C. § 1692k(c).

### THIRD DEFENSE

Plaintiff has not been damaged; therefore, Plaintiff may not recover against this Defendant under Plaintiff's state law theory.

### FOURTH DEFENSE

Plaintiff's claims are or may be subject to an arbitration agreement requiring her to submit her claims to mandatory and binding arbitration. If so, Defendant will exercise its right to arbitration under the agreement, which is specifically enforceable pursuant to the Federal Arbitration Act, 9 U.S.C. Section 1, *et. seq.*

### FIFTH DEFENSE

At all relevant times herein Defendant has a permissible purpose to access Plaintiff's consumer report.

### SIXTH DEFENSE

At all relevant times herein Plaintiff did not have any expectation of privacy in the information possessed by Defendant nor did Defendant publish said information to any third party.

### SEVENTH DEFENSE

This Court does not have subject matter jurisdiction to adjudicate the claims asserted in the Amended Complaint because Plaintiff did not properly obtain leave of Court pursuant to Fed. R. Civ. P. 15 nor Local Rule 16.3 before filing the Amended Complaint. Defendant specifically retains, and does not waive, its right to object to Plaintiff's Amended Complaint.

### EIGHTH DEFENSE

At all relevant times herein Defendant had a permissible purpose to access Plaintiff's consumer report.

## NINTH DEFENSE

Subject to the foregoing defenses and without waiving same, Defendant responds to the individually numbered paragraphs of Plaintiff's complaint as follows:

### Preliminary Statement By Defendant

Plaintiff's Amended Complaint appears to append and not replace his original Complaint.  Defendant reasserts and incorporates by reference herein its responses and defenses contained in its Answer to Plaintiff's original Complaint.

## COUNT II

### THE PLAINTIFF'S CLAIMS UNDER THE FAIR CREDIT REPORTING ACT

8. Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.  Defendant further states that its representative's affidavit contains a typographical error which is being corrected contemporaneously herewith.

10. Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

## COUNT III

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

12. Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

## COUNT IV

## VIOLATION OF THE PLAINTIFF'S RIGHTS OF PRIVACY

14. Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15. Defendant denies all remaining allegations contained in Plaintiff's Amended Complaint not specifically admitted herein.

WHEREFORE, Defendant prays that Defendant be dismissed with prejudice; that judgment be granted to Defendant and that the relief requested by Plaintiff be denied; that all costs be taxed to Plaintiff; that Defendant be awarded its reasonable attorney fees and costs; and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of September, 2010.

/s/ J. Keith Berry, Jr.
J. Keith Berry, Jr.
GA Bar No. 055425

P.O. Box 9004
Savannah, Georgia 31412
Phone: 912.233.4918
Fax: 912.232.0409
keithberrylaw@gmail.com

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | 2:10-CV-00119-LGW-JEG |
| ) | |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21st, 2010, I electronically filed this Answer to Amended Complaint using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

W. Douglas Adams, Esq.
wdadams@wdalaw.biz

Respectfully submitted this 21st day of September, 2010.

    /s/ J. Keith Berry, Jr.
    J. Keith Berry, Jr.
    GA Bar No. 055425

    P.O. Box 9004
    Savannah, Georgia 31412
    Phone: 912.233.4918
    Fax: 912.232.0409
    keithberrylaw@gmail.com

    Attorney for Defendant