```
         IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA
                 BRUNSWICK DIVISION

AUTRY MILTON,               *
                            *
     Plaintiff,             *
                            *
v.                          *    CIVIL ACTION NUMBER:
                            *    CV210-0119
LTD FINANCIAL SERVICES,     *
                            *
     Defendant.             *
```

PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

COMES NOW the Plaintiff, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, files this his Motion to Amend the Complaint, and hereby shows the Court as follows:

1.

The Plaintiff contends that the Defendant's actions violated the Plaintiff's rights under the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and that the Plaintiff is entitled to recover, and the Plaintiff is also entitled to recover for invasion of privacy, and intentional infliction of emotional distress suffered by the Plaintiff pursuant to Georgia law.

2.

The Plaintiff desires to add to the Complaint paragraphs 8 through 14.

3.

WHEREFORE, the Plaintiff hereby moves this Court for leave to amend the Complaint as set forth above.

Respectfully Submitted, on this 28th day of

September, 2010.

<u>s/W. Douglas Adams</u>
Georgia Bar Number: 004650
Attorney for Plaintiff
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
E-Mail: <u>WDAdams@WDALaw.biz</u>

```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF GEORGIA
                      BRUNSWICK DIVISION

AUTRY MILTON,                *
                             *
     Plaintiff,              *
                             *
v.                           *     CIVIL ACTION NUMBER:
                             *     CV210-0119
LTD FINANCIAL SERVICES,      *
                             *
     Defendant.              *
```

ORDER

The foregoing Motion For Leave to Amend the Complaint having been read and considered, said Motion is hereby GRANTED.

SO ORDERED, this the ____ day of _____, 2010.

_____
JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF GEORGIA
                    BRUNSWICK DIVISION

AUTRY MILTON,                 *
                              *
     Plaintiff,               *
                              *
v.                            *      CIVIL ACTION NUMBER:
                              *      CV210-0119
LTD FINANCIAL SERVICES,       *
                              *
     Defendant.               *
```

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 28th day of September, 2010.


                         By: s/W. Douglas Adams
                             Georgia Bar Number: 004650
                             Attorney for Plaintiff
                             Post Office Box 857
                             Brunswick, Georgia  31521-0857
                             (912) 265-1966
                       Email: WDAdams@WDALaw.biz