FILED
U.S. DISTRICT COURT
2010 OCT 15 AM 10: 48

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV210-119 |
| LTD FINANCIAL SERVICES, | |
| Defendant. | |

## ORDER

Defendant filed a Motion for Leave to Supplement its Motion for Summary Judgment. No response has been filed to the Motion indicating no opposition thereto. See Local Rule 7.5. Accordingly, Defendant's unopposed Motion for Leave to Supplement its Motion for Summary Judgment is **granted**. Defendant shall file its supplement to its Motion for Summary Judgment within fourteen (14) days of the date of this Order.

**SO ORDERED**, this 15th day of October, 2010.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)