# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2011 FEB 10  PM 3:29

(signature) Cadell
CLERK
SO. DIST. OF GA.

Autry Milton
_____
Plaintiff

v.

LTD Financial Services
_____
Defendant

Case No. 2:10-CV-00119-LGW-JEG

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 10th day of February, 2010.

(signature)
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

***

**NAME OF PETITIONER:** John H. Bedard, Jr.

**Business Address:** Bedard Law Group, P.C.
Firm/Business Name

2810 Peachtree Industrial Blvd., Suite D
Street Address

Duluth   GA   30097
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2       City, State, Zip
678-253-1871, ext. 244    043473
Telephone Number (w/ area code)   Georgia Bar Number