IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS
## FROM EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Defendant LTD Financial Services, LP, and requests an Order under Federal Rule 37 compelling Equifax Information Services, LLC ("Equifax"), to produce documents and records pursuant to the Subpoena to Produce Documents served upon Equifax, through its registered agent on March 8, 2011. In support of this motion, Defendant attaches hereto its Brief in Support, a copy of the subpoena, the third party's response, The Affidavit of John H. Bedard, Jr., and a proposed order.

WHEREFORE, Defendant, LTD Financial Services, LP, moves this Court to issue an Order compelling Equifax Information Services, LLC, to fully and completely respond to the Subpoena to Produce.

This 31st day of March, 2011.          Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
*Admitted Pro Hac Vice*

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com

*Counsel for Defendant,*
*LTD Financial Services, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed this Motion to Compel Production of Documents From Equifax Information Services, LLC, using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

W. Douglas Adams
wdadams@wdalaw.biz

J. Keith Berry, Jr.
keithberrylaw@gmail.com

I additionally certify that on March 31, 2011, I served Equifax Information Services, LLC with this Motion by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Equifax Information Services, LLC
Through Its Registered Agent for Service of Process:
Kent E. Mast
1550 Peachtree Street, NW
Atlanta, Georgia 30309

                                                  Respectfully submitted,

                                                  <u>/s/ John H. Bedard, Jr.</u>
                                                  John H. Bedard, Jr.