IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS
## FROM TRANS UNION, LLC

COMES NOW Defendant LTD Financial Services, LP, ("LTD") and requests an Order under Federal Rule 37 compelling Trans Union, LLC ("Trans Union"), to produce documents and records pursuant to the Subpoena to Produce Documents served upon Trans Union, through its registered agent on March 8, 2011. A copy of the Subpoena to Produce, Trans Union's written response to same, LTD's Brief in Support, The Affidavit of Michael K. Chapman, and proposed Order are filed herewith in support of this motion.

WHEREFORE, Defendant, LTD Financial Services, LP, moves this Court to issue an Order compelling Trans Union, LLC, to fully and completely respond to the Subpoena to Produce.

This 31st day of March, 2011.          Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Admitted *Pro Hac Vice*

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com

*Counsel for Defendant,*
*LTD Financial Services, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: |
| | ) 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed this Motion to Compel Production of Documents From Trans Union, LLC, using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

W. Douglas Adams
wdadams@wdalaw.biz

J. Keith Berry, Jr.
keithberrylaw@gmail.com

I additionally certify that on March 31, 2011, I served Trans Union, LLC with this Motion by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Trans Union, LLC
Through Its Registered Agent
Prentice-Hall Corporation System, Inc.
40 Technology Pkwy South, #300
Norcross, Georgia 30092

                Respectfully submitted,

                /s/ John H. Bedard, Jr.
                John H. Bedard, Jr.