# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| AUTRY MILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM RITE AID CORPORATION

COMES NOW Defendant LTD Financial Services, LP ("LTD" or "Defendant") and requests an Order under Federal Rule 37 compelling Rite Aid Corporation ("Rite Aid"), to produce documents and records pursuant to the Subpoena to Produce Documents served upon Rite Aid, through its registered agent on February 17, 2011.   A copy of the Subpoena to Produce, Rite Aid's written response to same, Counsel's response to Rite Aid, LTD's Brief in Support, The Affidavit of Michael K. Chapman, and proposed Order are filed herewith in support of this motion.

WHEREFORE, Defendant, LTD Financial Services, LP, moves this Court to issue an Order compelling Rite Aid Corporation, to fully and completely respond to the Subpoena to Produce.

This 25th day of April, 2011.

Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Admitted *Pro Hac Vice*

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com

*Counsel for Defendant,*
*LTD Financial Services, LP*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

AUTRY MILTON,             )
                                )
        Plaintiff,        )
                                )
v.                           )     Civil Action No.:
                                )     2:10-CV-00119-LGW-JEG
LTD FINANCIAL SERVICES,  )
                                )
        Defendant.      )
_____ )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2011, I electronically filed this Motion to Compel Production of Documents From Rite Aid Corporation, using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

    W. Douglas Adams
    wadams@wdalaw.biz

    J. Keith Berry, Jr.
    keithberrylaw@gmail.com

I additionally certify that on April 25, 2011, I served Rite Aid Corporation with this Motion by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Rite Aid Corporation
Through its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

This 25th day of April, 2011.                    Respectfully submitted,

                                                 /s/ John H. Bedard, Jr.
                                                 John H. Bedard, Jr.
                                                 Georgia Bar No. 043473