IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON,              )<br>                             )<br>    Plaintiff,            )<br>                             )<br>v.                           )<br>                             )<br>LTD FINANCIAL SERVICES,   )<br>                             )<br>    Defendant.           )<br>_____ ) | Civil Action No.:<br>2:10-CV-00119-LGW-JEG |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

COMES NOW, Defendant LTD Financial Services, LP (hereinafter referred to as "Defendant"), by and through its undersigned counsel, and, pursuant to Fed. R. Civ. P. 37 and Local Rule 26.4, files this motion to compel discovery, praying to this Court for an order compelling Plaintiff to fully and completely respond to Defendant's written discovery. In support of this motion, Defendant relies on the accompanying Brief in Support, and Certification of Compliance with Fed. R. Civ. P. 37. Specifically, Defendant seeks an order compelling Plaintiff to fully and completely respond to Interrogatory numbers 28, 29, 31, 32, 33, Requests for Production numbers 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 13, 15, 17, 18, 20, 21, Requests for Admission numbers 37, 40, 46, 49, 50, 51, 55, 58, 59, Supplemental Requests for

Production numbers 68, 69, 70, and Supplemental Interrogatories numbers 74, 79, and 80.

WHEREFORE, Defendant LTD Financial Services, LP, prays this Honorable Court grant its Motion to Compel and require Plaintiff to pay Defendant's reasonable costs and attorney's fees incurred in making this motion.

This 27th day of April 2011.

Respectfully submitted,

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
*Admitted Pro Hac Vice*
J. Keith Berry, Jr.
Georgia Bar No. 55425

*Counsel for Defendant,*
*LTD Financial Services, LP*

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, GA, 30097
Telephone: 678.253.1871
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com

J. Keith Berry Jr.
300 Drayton Street,
Third Floor
Savannah, Georgia 31401
Telephone:  912.233.4918
keithberrylaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I electronically filed this Motion to Compel Discovery using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

W. Douglas Adams, Esq.
adamswdouglas@bellsouth.net

This 27th day of April, 2011.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473