FILED
U.S. DISTRICT COURT
          DIV.
2011 MAY -2  AM 10: 41
CLERK R [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LTD FINANCIAL SERVICES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.:<br>2:10-CV-00119-LGW-JEG |

## ORDER COMPELLING PRODUCTION

This matter is before the Court on Defendant LTD Financial Services, LP's ("LTD Financial Services") Motion to Compel Production of Documents from third-party Experian Information Solutions, Inc. ("Experian").

LTD Financial Services served a Subpoena to Produce Documents on Experian through its registered agent for service of process on February 22, 2011. The subpoena requested certain documents bearing upon the credit card account referenced in the Plaintiff's Complaint. Experian responded to LTD's subpoena by refusing to produce the documents without the issuance of an Order from this Court compelling Experian to produce the requested documents.

Upon review of the file and other good cause shown,

IT IS ORDERED that Experian Information Solutions, Inc., respond completely and fully to the Subpoena to Produce Documents within 10 days of service of this Order upon same. Defendant LTD Financial Services shall cause this Order to be served upon Experian Information Solutions, Inc.

SO ORDERED this 2 day of May, 2011.

Honorable James E. Graham,
Magistrate Judge, United States
District Court for the Southern District of Georgia

Prepared and submitted by:

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Admitted *Pro Hac Vice*
Counsel for
LTD Financial Services, LP
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
Facsimile: (678) 253-1873
jbedard@bedardlawgroup.com