IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM T-MOBILE, USA, INC.

COMES NOW Defendant LTD Financial Services, LP ("LTD" or "Defendant") and requests an Order under Federal Rule 37 compelling T-Mobile, USA, Inc. ("T-Mobile"), to produce documents and records pursuant to the Subpoena to Produce Documents served upon T-Mobile, through its registered agent on February 18, 2011.  A copy of the Subpoena to Produce (including proof of service), Brief in Support, and proposed Order are filed herewith in support of this motion.

WHEREFORE, Defendant, LTD Financial Services, LP, moves this Court to issue an Order compelling T-Mobile, USA, Inc., to fully and completely respond to the Subpoena to Produce.

|  |  |
|---|---|
| This 24th day of May, 2011. | Respectfully submitted, |
|  | BEDARD LAW GROUP, P.C. |
|  | /s/ John H. Bedard, Jr.<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Admitted *Pro Hac Vice* |
| 2810 Peachtree Industrial Blvd.,<br>Suite D<br>Duluth, Georgia 30097<br>Telephone: 678.253.1871<br>Facsimile: 678.253.1873<br>jbedard@bedardlawgroup.com | *Counsel for Defendant,*<br>*LTD Financial Services, LP* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:10-CV-00119-LGW-JEG |
| LTD FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, I electronically filed this Motion to Compel Production of Documents from T-Mobile, USA, Inc., using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

W. Douglas Adams
wadams@wdalaw.biz

J. Keith Berry, Jr.
keithberrylaw@gmail.com

I additionally certify that on May 24, 2011, I served T-Mobile, USA, Inc. with this Motion by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

T-Mobile, USA, Inc.
Through its Registered Agent:
Corporation Service Company
40 Technology Pkwy South #300
Norcross, Georgia 30092

This 24th day of May, 2011.        Respectfully submitted,

                                                              /s/ John H. Bedard, Jr.
                                                              John H. Bedard, Jr.
                                                              Georgia Bar No. 043473