FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2011 MAY 31 PM 3:40

CLERK _____
SO. DIST. OF GA.

AUTRY MILTON,

    Plaintiff,

v.                                                          CIVIL ACTION NO.: CV210-119

LTD FINANCIAL SERVICES,

    Defendant.

## ORDER

Defendant filed a Motion to Compel the Deposition of Plaintiff and for an award of attorney's fees and costs. Plaintiff has filed a Response. After review, Defendant's Motion to Compel (Doc. 44) is **GRANTED**. Defendant's request for attorney's fees and costs is **denied**.

SO ORDERED, this 31st day of May, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)