FILED
U.S. DISTRICT COURT
IV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA    JUN -6  PM 1:43
BRUNSWICK DIVISION

CLERK____R au____
SO. DIST. OF GA.

AUTRY MILTON,

    Plaintiff,

v.                                                    CIVIL ACTION NO.: CV210-119

LTD FINANCIAL SERVICES,

    Defendant.

## ORDER

Defendant LTD Financial Services, LP ("LTD") has filed a Motion to Compel Production of Documents from Rite Aid Corporation. LTD seeks an Order directing Rite Aid Corporation to respond to a subpoena served upon it for various records concerning the Plaintiff, Autry Milton. LTD's subpoena was issued by the United States District Court for the District of Delaware. Pursuant to Federal Rules of Civil Procedure 45(c)(2) and 37(a)(2), a motion to compel should be filed in the court in the district where the subpoena was issued. Defendant's Motion to Compel Production of Documents from Rite Aid Corporation (Doc. 39) is **dismissed**.

SO ORDERED, this 6th day of June, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)