FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2011 JUN 16 AM 10:40

CLERK_____
SO. DIST. OF GA.

AUTRY MILTON,

    Plaintiff,

v.                                                          CIVIL ACTION NO.: CV210-119

LTD FINANCIAL SERVICES,

    Defendant.

## ORDER

Defendant LTD Financial Services, LP ("LTD") has filed a Motion to Compel Production of Documents from T-Mobile, USA, Inc. ("T-Mobile"). LTD seeks an Order directing T-Moble to respond to a subpoena served upon it for various records concerning the Plaintiff, Autry Milton. LTD's subpoena was issued by the United States District Court for the Northern District of Georgia. Pursuant to Federal Rules of Civil Procedure 45(c)(2) and 37(a)(2), a motion to compel should be filed in the court in the district where the subpoena was issued. Defendant's Motion to Compel Production of Documents from T-Mobile, USA, Inc. (Doc. 49) is **dismissed**.

**SO ORDERED**, this 16th day of June, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)