IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUTRY MILTON, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No. |
| vs. | ) 2:10-cv-00119-LGW-JEG |
| | ) |
| LTD FINANCIAL SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 12 day of June, 2011.

**BEDARD LAW GROUP, P.C.**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
*Admitted Pro Hac Vice*
J. Keith Berry, Jr.
Georgia Bar No. 55425

*Counsel for Defendant*

**W. DOUGLAS ADAMS, ESQ.**

W. Douglas Adams
Georgia Bar No. 004650
1829 Norwich Street
P.O. Box 857
Brunswick, GA 31521
Phone: (912) 265-1966
WDAdams@WDALaw.biz

*Counsel for Plaintiff*

*LTD Financial Services, LP*

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com