IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AUTRY MILTON,

    Plaintiff,

v.                                     CIVIL ACTION NO.: CV210-119

LTD FINANCIAL SERVICES,

    Defendant.

## ORDER

As the parties have filed a Stipulation of Dismissal With Prejudice in this case, Defendant's Motion for Leave to Extend Discovery Deadline (Doc. No. 46) is **dismissed**.

**SO ORDERED**, this 1st day of August, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)