IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| AUTRY MILTON | ) | |
| | ) | |
| v. | ) | CV 210-119 |
| | ) | |
| LTD FINANCIAL SERVICES | ) | |

ORDER

The parties in the above captioned case have filed a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). Plaintiff Autry Milton's claims against Defendant LTD Financial Services are hereby dismissed with prejudice. All parties shall bear their own expenses.

SO ORDERED this ___ day of August, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA